IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>                        Petitioner<br><br>To Issue Subpoenas For the Taking of Depositions and the Production of Documents. | Civil Action Nos. 11-CV-00395, 11-CV-1942 (RWT) (CBD) |

**DECLARATION OF PETER E. SELEY IN SUPPORT OF
CHEVRON CORPORATION'S PROPOSED ORDER PURSUANT TO
FEDERAL RULE OF EVIDENCE 502(D)**

      I, Peter E. Seley, hereby declare under penalty of perjury pursuant to 28 U.S.C § 1746, that the following is true and correct:

      1.      I am an attorney licensed to practice law in this District. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and counsel of record for Chevron Corporation ("Chevron") in this action.  I am over the age of eighteen years and am not a party to this action. I am familiar with the facts and documents set forth herein, unless the context indicates otherwise, and if called upon to do so could competently testify thereto.

      2.      Attached hereto as **Exhibit A** is a true and correct copy of a draft proposed order pursuant to Federal Rule of Evidence 502(d) sent to Aaron Page by Anne Champion.

      3.      Attached hereto as **Exhibit B** is a true and correct copy of a redline draft proposed order pursuant to Federal Rule of Evidence 502(d) sent to Anne Champion by Aaron Page.

      4.      Attached hereto as **Exhibit 1** is a true and correct copy of an email from Anne Champion to Aaron Page and Christopher Gowen copying Peter Seley and Claudia Barrett, on May 23, 2014, with the subject "Chevron Corp. V. Page, 8:11-cv-395 and 8:11-cv-1942-RWT (D.Md.)" attaching document entitled "Proposed Search Terms."

5. Attached hereto as **Exhibit 2** is a true and correct copy of an email chain between Christopher Gowen, Aaron Page, Claudia Barrett, Peter Seley, and Anne Champion, starting on May 23, 2014 and ending on May 27, 2014, with the subject "RE: Chevron Corp. v. Page, 8:11-cv-395 and 8:11-cv-1942-RWT (D.Md.)."

6. Attached hereto as **Exhibit 3** is a true and correct copy of an email chain between Christopher Gowen, Aaron Page, Claudia Barrett, Peter Seley and Anne Champion, starting on May 23, 2014 and ending on May 27, 2014, with the subject: "RE: Chevron Corp. v. Page, 8:11-cv-395 and 8:11-cv-1942-RWT (D.Md.)."

7. Attached hereto as **Exhibit 4** is a true and correct copy of an email chain between Christopher Gowen, Aaron Page, Claudia Barrett, Peter Seley and Anne Champion, starting on May 23, 2014 and ending on May 27, 2014, with the subject: "RE: Chevron Corp. v. Page, 8:11-cv-395 and 8:11-cv-1942-RWT (D.Md.)" attaching document entitled "101739912_1 (Page 1782 – 502(d) Order) DOCX.DOCX."

8. Attached hereto as **Exhibit 5** is an email chain between Anne Champion, Brett Harrison, Chad McDonnell, Casey Hiser, Nicole Donnelly, Jim Scarazzo, Peter Seley, Claudia Barrett, Aaron Page, and Christopher Gowen, starting on May 27, 2014 and ending on May 28, 2014, with the subject: "RE: Chevron."

I declare on under penalty of perjury of the laws of the United States and the State of Maryland, that the foregoing is true and correct. Executed on this 29th day of May, 2014 in Washington, D.C.

/s/ Peter E. Seley
Peter E. Seley