IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>Petitioner<br><br>To Issue Subpoenas For the Taking of Depositions and the Production of Documents. | Civil Action Nos. 11-CV-00395, 11-CV-1942 (RWT) (CBD) |

**DECLARATION OF PETER E. SELEY (1) IN FURTHER SUPPORT OF CHEVRON'S PROPOSED FRE 502 ORDER, (2) IN OPPOSITION TO PAGE'S MOTION FOR RECONSIDERATION AND MOTION FOR A PROTECTIVE ORDER, AND (3) IN SUPPORT CHEVRON'S PROPOSED SEARCH TERMS**

I, Peter E. Seley, hereby declare under penalty of perjury pursuant to 28 U.S.C § 1746, that the following is true and correct:

1. I am an attorney licensed to practice law in this District. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and counsel of record for Chevron Corporation ("Chevron") in this action. I am over the age of eighteen years and am not a party to this action. I am familiar with the facts and documents set forth herein, unless the context indicates otherwise, and if called upon to do so could competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email from Aaron Page to Anne Champion and Christopher Gowen, copying Peter Seley and Claudia Barrett, dated May 30, 2014, with the subject "Chevron Corp. v. Page, 8:11-cv-395 and 8:11-cv-1942-RWT (D. Md.)," with attachment.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email from Aaron Page to Claudia Barrett, copying Peter Seley, Andrea Neuman, Christopher Gowen, dated September 12, 2013, with the subject "Aaron Page Production."

1

4.     Attached hereto as **Exhibit C** is a true and correct copy of an email from Aaron Page to Joseph Mutti, dated June 20, 2006, with the subject "FCPA materials," bearing the Bates number PLAMP00004279.

5.     Attached hereto as **Exhibit D** is a true and correct copy of an email from Aaron Page to Steven Donziger, copying Daria (daria@ampdmf.org), dated April 18, 2006 with the subject "work update," bearing the Bates numbers PLAMP00008194 – PLAMP00008196.

6.     Attached hereto as **Exhibit E** is a true and correct copy of an email from Steven Donziger to Aaron Page, dated August 26, 2006, with the subject "genocide memo – edits," with attachment, bearing the Bates numbers PLAMP00003297 – PLAMP00003310.

7.     Attached hereto as **Exhibit F** is a true and correct copy of an email from Aaron Page to Steven Donziger, dated September 1, 2006, with the subject "genocide press release," bearing the Bates number PLAMP00004195.

8.     Attached hereto as **Exhibit G** is a true and correct copy of an email from Stan Alpert to Aaron Page, dated March 19, 2010, with the subject "Calmbacher prep," bearing the Bates numbers PLAMP00011419 – PLAMP00011420.

9.     Attached hereto as **Exhibit H** is a true and correct copy of an excerpt from the transcript of the Deposition of Aaron Marr Page taken on August 23, 2013, Case Number 8:11-mc-00395 (D. Md.).

10.    Attached hereto as **Exhibit I** is a true and correct copy of an email from Aaron Page to Laura Garr, dated March 17, 2010, with the subject "update," bearing the Bates number GARR00069213.

11.    Attached hereto as **Exhibit J** is a true and correct copy of an email from Aaron Page to Laura Garr, dated March 18, 2010, with the subject "moving forward," bearing the Bates number GARR00065707.

12. Attached hereto as **Exhibit K** is a true and correct copy of an email from Aaron Page to Steven Donziger, dated February 15, 2011, with the subject "latest version of "roadmap," with attachment, bearing the Bates numbers PLAMP00006517 – PLAMP00006526.

13. Attached hereto as **Exhibit L** is a true and correct copy of an email from Steven Donziger to Eric Westenberger, Ilann Maazel, Andrew Wilson, James Tyrrell, Steven Donziger, Eric Daleo, Edward Yennock, Jonathan Abady, mjasinski@motleyrice.com, imoll@motleyrice.com, bnarwold@motleyrice.com, jbrickell@h5.com, Laura Garr, Andrew Woods, with the subject "Mini-revelation," bearing the Bates number DONZ00031337.

I declare on under penalty of perjury of the laws of the United States and the State of Maryland, that the foregoing is true and correct. Executed on this 3rd day of June, 2014 in Washington, D.C.

/s/ Peter E. Seley

Peter E. Seley